998

No. 76–444. NORTHEAST MARINE TERMINAL CO., INC., ET AL. *v.* CAPUTO ET AL.; and

No. 76–454. INTERNATIONAL TERMINAL OPERATING CO., INC. *v.* BLUNDO ET AL. C. A. 2d Cir. Certiorari granted, cases consolidated, and a total of one and one-half hours allotted for oral argument.

No. 76–545. UNITED AIRLINES, INC. *v.* McDONALD. C. A. 7th Cir. Certiorari granted. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–1796. JAMES, ADMINISTRATRIX *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 75–1798. BERNSTEIN ET AL. *v.* UNITED STATES;
No. 75–1810. BEHAR *v.* UNITED STATES; and
No. 75–6911. CARDONA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1864. GARMISE *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 75–5215. GADDY *v.* MICHAEL ET AL. C. A. 4th Cir. Certiorari denied.

No. 75–5594. ORR *v.* LEVI, ATTORNEY GENERAL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–6603. McDANIELS *v.* CALIFORNIA ADULT AUTHORITY. Sup. Ct. Cal. Certiorari denied.

No. 75–6621. DORMAN *v.* UNITED STATES PAROLE COMMISSION. C. A. 9th Cir. Certiorari denied.